# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dirk A. Preston<br>    aka Dirk Anthony Preston<br>    aka Dirk Preston<br>    dba Preston's Refrigeration<br>    dba Preston's Iced Out<br>Linda A. Preston<br>    aka Linda Ann Preston<br>    aka Linda Ann Preston<br>    dba Preston's Refrigeration<br>    dba Preston's Iced Out<br><br>**Debtors** | BK NO. 17-01164 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                            Respectfully submitted,

                            **/s/ James C. Warmbrodt, Esquire**
                            James C. Warmbrodt, Esquire
                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA  19106
                            215-627-1322