```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                         Case No. 17-01164-RNO
Dirk A. Preston                                                Chapter 13
Linda A. Preston
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: KADavis                 Page 1 of 2              Date Rcvd: May 23, 2019
                              Form ID: ordsmiss             Total Noticed: 45
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
```
db/jdb         +Dirk A. Preston,    Linda A. Preston,    18 William St.,    Towanda, PA 18848-1916
cr             +First Citizens Community Bank,    15 S Main Street,    Mansfield, PA 16933-1590
4938315        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4900104        +Bardford County Tax Claim Bureau,    301 Main St.,    Towanda, PA 18848-1845
4900105        +Bradford County Tax Claim Bureau,    Courthouse - 301 Main St.,    Towanda, PA 18848-1845
4900111        +Citibank / Sears,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
4900110        +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
4900112        +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
4900113        +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
4900114        +Citizens Bank,    Attn: Bankruptcy,    443 Jefferson Blvd Ms Rjw-135,    Warwick, RI 02886-1321
4924014        +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
4900115        +Citizens One,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
4900116        +Creditors Collection S,    Po Box 1540,    Corning, NY 14830-5240
4935716         First Citizens Community Bank,    c/o Damian M. Rossettie, Esq.,    P.O. Box 206,
                 Sayre, PA 18840-0206
4900117        +First Citizens National Bank,    111 Main St.,    Towanda, PA 18848-1819
4900118        +First National Bank,    Attn:  FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
                 Omaha, NE 68102-1593
4905593        +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
4900120        +Kathy Assumpcao, Tax Collector,    3747 Covered Bridge Road,    Towanda, PA 18848-8062
4917061        +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
4900126        +Mary Ann Harris, Tax Collector,    1 Bridge St., Apt. 6,    Towanda, PA 18848-1641
4900128         Sheetz,    P.O. Box 3412,    Omaha, NE 68103-0412
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: camanagement@mtb.com May 23 2019 19:05:19      M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY 14221
4900103        +EDI: BANKAMER.COM May 23 2019 23:08:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
4900108        +EDI: CAPITALONE.COM May 23 2019 23:08:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
4900107        +EDI: CAPITALONE.COM May 23 2019 23:08:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,     Po Box 30285,    Salt Lake City, UT 84130-0285
4900109        +EDI: CHASE.COM May 23 2019 23:08:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
4900119         EDI: IRS.COM May 23 2019 23:08:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
4938588         EDI: RESURGENT.COM May 23 2019 23:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4900122         E-mail/Text: camanagement@mtb.com May 23 2019 19:05:19      M & T Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
4900123         E-mail/Text: camanagement@mtb.com May 23 2019 19:05:19      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
4900121         E-mail/Text: camanagement@mtb.com May 23 2019 19:05:19      M & T Bank,    One Fountain Pl/3rd Fl,
                 Buffalo, NY 14203
4900124         E-mail/Text: camanagement@mtb.com May 23 2019 19:05:19      M&T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr.,    Williamsville, NY 14221
4900125         E-mail/Text: camanagement@mtb.com May 23 2019 19:05:19      M&T Bank,    P.O. Box 900,
                 Millsboro, DE 19966-0900
4936719        +EDI: MID8.COM May 23 2019 23:08:00      Midland Funding, LLC,
                 Midland Credit Management, Inc. as,     agent for Midland Funding, LLC,    PO Box 2011,
                 WARREN, MI 48090-2011
4949895         EDI: PRA.COM May 23 2019 23:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4900221        +EDI: PRA.COM May 23 2019 23:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
4904161        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2019 19:05:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
4945828        +EDI: RMSC.COM May 23 2019 23:08:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
4900129        +EDI: RMSC.COM May 23 2019 23:08:00      Synchrony Bank/ JC Penney,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
4900130        +EDI: RMSC.COM May 23 2019 23:08:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
4900131        +EDI: RMSC.COM May 23 2019 23:08:00      Synchrony Bank/QVC,    Attn: Bankruptcy,    Po Box 956060,
                 Orlando, FL 32896-0001
4900132        +EDI: RMSC.COM May 23 2019 23:08:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4900133        +EDI: WFFC.COM May 23 2019 23:08:00     Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,
                 Des Moines, IA 50306-0438
5033980         EDI: ECAST.COM May 23 2019 23:08:00     eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262,    eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262
5033979         EDI: ECAST.COM May 23 2019 23:08:00     eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4900106          Cap1/bstby
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*              eCAST Settlement Corporation,    PO Box 29262,    New York, NY 10087-9262
4900127         ##+Roger Brown,    3294 Covered Bridge Road,    Towanda, PA 18848-9800
                                                                                 TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
              C. Stephen Gurdin, Jr    on behalf of Debtor 2 Linda A. Preston Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Debtor 1 Dirk A. Preston Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Damian M Rossettie    on behalf of Creditor    First Citizens Community Bank
               drossettie@lrlawyers.com, damian.rossettie@gmail.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dirk A. Preston,<br>aka Dirk Anthony Preston, aka Dirk Preston, dba<br>Preston's Refrigeration, dba Preston's Iced Out,<br><br>**Debtor 1**<br><br>Linda A. Preston,<br>aka Linda Ann Preston, aka Linda Ann Preston, dba<br>Preston's Refrigeration, dba Preston's Iced Out,<br><br>**Debtor 2** | Chapter     13<br><br>Case No.     5:17–bk–01164–RNO |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: May 23, 2019

By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

ordsmiss (05/18)